IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MITCHELL HARRIS,

      Petitioner,

v.                                  CASE NO. 4:15cv240-RH/CAS

SECRETARY, DEPARTMENT
OF CORECTIONS,

      Respondent.

_____/

## ORDER DENYING RELIEF FROM THE JUDGMENT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 42, and the objections, ECF No. 44. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendant's motion for relief from the judgment is denied.

3. A certificate of appealability is denied.

SO ORDERED on November 5, 2018.

                                              s/Robert L. Hinkle
                                              United States District Judge